UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE and KATHY BELLA, on Behalf of<br>their son H.B., a minor and Individually<br>on their own behalf | CIVIL ACTION |
| VERSUS | NO. 11-2614 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL | SECTION "N" (5) |

## **ORDER AND REASONS**

Considering the requirements of Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and the parties' submissions, **IT IS ORDERED** that Defendants' "Motion to Strike Plaintiff's Treating Expert Witnesses and/or Limit their Testimony" (Rec. Doc. 39) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, for essentially the reasons stated in Defendants' supporting memoranda, Plaintiffs' treating expert witnesses may provide opinion testimony only as to opinions reflected in Plaintiff H.B.'s medical records.

New Orleans, Louisiana, this 17th day of September 2012.

_____
**KURT D. ENGELHARDT
United States District Judge**