UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE and KATHY BELLA, on Behalf of<br>their son H.B., a minor and Individually<br>on their own behalf | CIVIL ACTION |
| VERSUS | NO. 11-2614 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL | SECTION "N" (5) |

## ORDER AND REASONS

From the Court's review of the record in this matter, it appears that, on or around June 14, 2012, Defendants Randy Rochel and Shantel Rochel received service in accordance with Rule 4 of the Federal Rules of Civil Procedure, but thereafter failed to file any of the responsive pleadings required by Rule 12 of the Federal Rules of Civil Procedure. See Rec. Docs. 25 and 28. Accordingly, considering that the final pre-trial conference in this matter is scheduled to be held on Thursday, October 25, 2012, followed by trial on Monday, November 5, 2012, **IT IS ORDERED** that, on or before October 25, 2012, Plaintiffs must move for entry of default against these defendants, pursuant to Rule 55 of the Federal Rules of Civil Procedure, or show good cause in writing why their claims against these defendants should not be dismissed without prejudice for failure to prosecute. If Plaintiffs do not timely move for entry of default, or show good cause **in**

**writing** their claims should not be dismissed, the Court, without further notice to Plaintiffs, may dismiss these defendants without prejudice in accordance with Rule 16(f) of the Federal Rules of Civil Procedure.

      New Orleans, Louisiana, this 16th day of October 2012.

                                            _____
                                            **KURT D. ENGELHARDT**
                                            **United States District Judge**